# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

# 11089017
$ 120.00
12/9/09



Paul R. Warren Esq.
Clerk US Bankruptcy Court
300 Pearl Street
Buffalo, NY 14202

December 8, 2009

RE: Pamela J. Kerriseey
BK# 05-19767MJK

Dear Paul:

    Enclosed please find Trustees check #115 payable to your Order in the amount of #120.00. They are payments on claim #3 Time Warner (#109... $70.94 and #110 49.06). Claims Proposed Distribution is enclosed. Time Warner on Amended Supplemental Report of Distribution (copy enclosed).

Yours truly,

Thomas J. Gaffney

# Claims Proposed Distribution

## Case: 05-19767   Kerrissey, Pamela J.

**Case Balance:** $56.71    **Total Proposed Payment:** $278.72    **Remaining Balance:** $-222.01

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Thomas J. Gaffney<br><2100-00  Trustee Compensation> | Admin Ch. 7 | 1,269.86 | 1,269.86 | 1,269.86 | 0.00 | 0.00 | 278.72 |
|  | Thomas J. Gaffney<br><2200-00  Trustee Expenses> | Admin Ch. 7 | 34.14 | 34.14 | 34.14 | 0.00 | 0.00 | 278.72 |
| **SUBTOTAL FOR  ADMIN CH. 7** | | | **1,304.00** | **1,304.00** | **1,304.00** | **0.00** | **0.00** | |
| 4 | Niagara County DSS | Priority | 2,964.78 | 2,964.78 | 3,398.86 | -434.08 | 0.00 | 278.72 |
| **SUBTOTAL FOR  PRIORITY** | | | **2,964.78** | **2,964.78** | **3,398.86** | **-434.08** | **0.00** | |
| 1 | Cornerstone Community FCU | Unsecured | 222.16 | 222.16 | 432.48 | -210.32 | 174.06 | 104.66 |
| 2 | Cornerstone Community FCU | Unsecured | 1,551.17 | 0.00 | 0.00 | 0.00 | 0.00 | 104.66 |
| 3 | TIME WARNER CABLE | Unsecured | 104.66 | 104.66 | 18.06 | 86.60 | 104.66 | 0.00 |
| 4 | PAMELA KERRISSEY | Unsecured | 359.31 | 359.31 | 359.31 | 0.00 | 0.00 | 0.00 |
| **SUBTOTAL FOR  UNSECURED** | | | **2,237.30** | **686.13** | **809.85** | **-123.72** | **278.72** | |
| **Total for Case 05-19767 :** | | | **$6,506.08** | **$4,954.91** | **$5,512.71** | **$-557.80** | **$278.72** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $1,304.00 | $1,304.00 | $1,304.00 | $0.00 | 100.000000% |
| Total Priority Claims : | $2,964.78 | $2,964.78 | $3,398.86 | $0.00 | 114.641221% |
| Total Unsecured Claims : | $2,237.30 | $686.13 | $809.85 | $278.72 | 158.653608% |